IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| MARILYN MASON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-2727BV |
| | ) | |
| MEMPHIS CITY SCHOOLS, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

Before the court is the December 13, 2005 joint motion of the parties to amend the scheduling order in order to extend the discovery deadline and dispositive motion deadline for an additional ninety days and to continue the trial date. The motion was referred to the U.S. Magistrate Judge for determination.

For good cause shown the motion is granted. The discovery deadline is extended to Monday, April 14, 2006, and the dispositive motion deadline is extended to Monday, June 12, 2006. The pretrial order date, pretrial conference, date, and trial date will be reset by the presiding judge. All other dates remain the same.

IT IS SO ORDERED this 19th day of December, 2005.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-20-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CV-02727 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Michael G. Floyd
FLOYD LAW FIRM
2129 Winchester Rd.
Memphis, TN 38116

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT